IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 14-03008 ESL |
| RAUL GONZALEZ ORTIZ | * | CHAPTER 7 |
| ROSANNA JOSEFINA DIAZ ROSARIO | * | |
| d/b/a SUPERMERCADO CELADA | * | |
| | * | |
| DEBTORS | | |

**DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "F"**

**TO THE HONORABLE COURT:**

**COME NOW, RAUL GONZALEZ ORTIZ and ROSANNA JOSEFINA DIAZ ROSARIO, d/b/a SUPERMERCADO CELADA,** the debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors are hereby submitting **Amended Schedule "F"**, dated June 11, 2014, herewith and attached to this motion.

2. This amendment to Schedule "F" is filed to **include unsecured creditor R.J. REYNOLDS TOBACCO, CO., PO Box 363509 San Juan PR 00936-3509 and EDGARDO MANUEL ROMAN ESPADA, ESQ., URB BALDRICH 315 COLL & TOSTE SAN JUAN PR 00918-2367, as creditor's Counsel, for a total amount owed of $4,609.70**.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedule "F"
Case no. 14-03008 ESL7

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached, specifically to the affected creditors as follows: **R.J. REYNOLDS TOBACCO, CO., PO Box 363509 San Juan PR 00936-3509 and to Counsel for said creditor EDGARDO MANUEL ROMAN ESPADA, ESQ., URB BALDRICH 315 COLL & TOSTE SAN JUAN PR 00918-2367 also notified via facsimile 787-766-1289 c/o Edgardo M Roman Espada, Esq., Counsel for R.J. Reynolds Tobacco, Co.**

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 11th day of June, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

B6F (Official Form 6F) (12/07)

IN RE GONZALEZ ORTIZ, RAUL & DIAZ ROSARIO, ROSANNA JOSEFINA          Case No. 3:14-bk-3008
                          Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4716**<br>**Banco Popular De Puerto Rico**<br>**209 Munoz Rivera Ave**<br>**San Juan, PR  00918** | | H | REVOLVING ACCOUNT OPENED 8/1986 | | | | 19,758.00 |
| ACCOUNT NO. **3256**<br>**Banco Santander Puerto**<br>**Po Box 362589**<br>**San Juan, PR  00936** | | H | REVOLVING ACCOUNT OPENED 10/1988 | | | | 4,451.00 |
| ACCOUNT NO. **6479**<br>**Banco Santander Puerto Rico**<br>**268 Ponce De Leon**<br>**Hato Rey, PR  00918** | | H | INSTALLMENT ACCOUNT OPENED 6/2013 | | | | 14,753.00 |
| ACCOUNT NO. **6245**<br>**Comenity Bank/anntylr**<br>**PO Box 182273**<br>**Columbus, OH  43218** | | W | REVOLVING ACCOUNT OPENED 12/2013 | | | | 244.00 |

___2___ continuation sheets attached

Subtotal (Total of this page) $ 39,206.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **GONZALEZ ORTIZ, RAUL & DIAZ ROSARIO, ROSANNA JOSEFINA**     Case No. **3:14-bk-3008**
Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4247** <br> **Comenity Bank/anntylr** <br> **PO Box 182273** <br> **Columbus, OH 43218** | | W | REVOLVING ACCOUNT OPENED 7/2006 | | | | 116.00 |
| ACCOUNT NO. **7117** <br> **Comenity Bank/atylrlmc** <br> **PO Box 182273** <br> **Columbus, OH 43218** | | W | REVOLVING ACCOUNT OPENED 7/2013 | | | | 1,312.00 |
| ACCOUNT NO. **6820** <br> **Dsnb Macys** <br> **9111 Duke Blvd** <br> **Mason, OH 45040** | | W | REVOLVING ACCOUNT OPENED 9/2002 | | | | 253.00 |
| ACCOUNT NO. **3829** <br> **Gecrb/Sams Club** <br> **4125 Windward Plaza** <br> **Alpharetta, GA 30005** | | H | REVOLVING ACCOUNT OPENED 10/2002 | | | | 2,000.00 |
| ACCOUNT NO. **2715** <br> **Gecrb/sams Club Dc** <br> **Po Box 965005** <br> **Orlando, FL 32896** | | W | REVOLVING ACCOUNT OPENED 11/2006 | | | | 4,551.00 |
| ACCOUNT NO. **7597** <br> **GecrbJc Penney PR** <br> **4125 Windward Plaza** <br> **Alpharetta, GA 30005** | | | REVOLVING ACCOUNT OPENED 11/1992 | | | | 1,351.00 |
| ACCOUNT NO. <br> **GILBERTO REY DIAZ ROSARIO** <br> **HC 3 BOX 4384** <br> **GURABO, PR 00778** | | J | June/2006 Commercial lease contract pre-petition arrears | | | | 8,110.00 |

Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **17,693.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE GONZALEZ ORTIZ, RAUL & DIAZ ROSARIO, ROSANNA JOSEFINA    Case No. 3:14-bk-3008
         Debtor(s)                                                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9182<br>Radio/cbna<br>PO Box 6497<br>Sioux Falls, SD 57117 | | W | REVOLVING ACCOUNT OPENED 9/2000 | | | | 304.00 |
| ACCOUNT NO. 0388<br>RJ REYNOLDS TOBACCO CO<br>PO BOX 363509<br>SAN JUAN, PR 00936-3509 | | J | | | | | 4,609.70 |
| ACCOUNT NO.<br>LCDO EDGARDO ROMAN ESPADA<br>URB BALDRICH 315 COLL & TOSTE<br>SAN JUAN, PR 00918-2367 | | | Assignee or other notification for:<br>RJ REYNOLDS TOBACCO CO | | | | |
| ACCOUNT NO. 2965<br>Sears/cbna<br>PO Box 6282<br>Sioux Falls, SD 57117 | | W | REVOLVING ACCOUNT OPENED 8/2001 | | | | 2,301.00 |
| ACCOUNT NO. 3261<br>Sears/cbna<br>PO Box 6282<br>Sioux Falls, SD 57117 | | | REVOLVING ACCOUNT OPENED 3/1981 | | | | 1,548.00 |
| ACCOUNT NO. 2331<br>Sears/cbna<br>PO Box 6282<br>Sioux Falls, SD 57117 | | W | REVOLVING ACCOUNT OPENED 4/1969 | | | | 134.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 8,896.70

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 65,795.70

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE <u>GONZALEZ ORTIZ, RAUL & DIAZ ROSARIO, ROSANNA JOSEFINA</u>   Case No. <u>3:14-bk-3008</u>
                                   Debtor(s)                                                          (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>3</u> *Sch. "F"* sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 11, 2014**     Signature: <u>*/s/ RAUL GONZALEZ ORTIZ*</u>
                                        **RAUL GONZALEZ ORTIZ**                                      Debtor

Date: **June 11, 2014**     Signature: <u>*/s/ ROSANNA J DIAZ ROSARIO*</u>
                                        **ROSANNA J DIAZ ROSARIO**                          (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                                                    _____
                                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Label Matrix for local noticing          BANCO POPULAR                              BANCO POPULAR PR
0104-3                                   PO BOX 362708                              FORTUNO & RIVERA FONT LLC
Case 14-03008-ESL7                       , PR 00936-2708                            PO BOX 13786
District of Puerto Rico                                                             SAN JUAN, PR 00908-3786
Old San Juan
Wed Jun 11 09:05:10 AST 2014

US Bankruptcy Court District of P.R.     BANCO POPULAR DE PUERTO RICO               BANCO POPULAR DE PUERTO RICO
Jose V Toledo Fed Bldg & US Courthouse   BANKRUPTCY DEPARTMENT                      PO BOX 362708
300 Recinto Sur Street, Room 109         PO BOX 366818                              SAN JUAN, PR 00936-2708
San Juan, PR 00901-1964                  SAN JUAN PR 00936-6818


Banco Popular De PR                      Banco Popular De Puerto Rico               Banco Santander Puerto
PO Box 50045                             209 Munoz Rivera Ave                       Po Box 362589
San Juan, PR  00902                      San Juan, PR 00918-1000                    San Juan, PR 00936-2589


Banco Santander Puerto Rico              Comenity Bank/anntylr                      Comenity Bank/atylrlmc
268 Ponce De Leon                        PO Box 182273                              PO Box 182273
Hato Rey, PR 00918-2002                  Columbus, OH 43218-2273                    Columbus, OH 43218-2273


Dsnb Macys                               FIRST BANK                                 GILBERTO REY DIAZ ROSARIO
9111 Duke Blvd                           CONSUMER SERVICE CENTER                    HC 3 BOX 4384
Mason, OH 45040-8999                     BANKRUPTCY DIVISION -(CODE 248)            GURABO, PR 00778-9710
                                         PO BOX 9146, SAN JUAN PR 00908-0146


Gecrb/Sams Club                          Gecrb/sams Club Dc                         GecrbJc Penney PR
4125 Windward Plaza                      Po Box 965005                              4125 Windward Plaza
Alpharetta, GA 30005-8738                Orlando, FL 32896-5005                     Alpharetta, GA 30005-8738


MERCEDES BENZ FINANCIAL SERVICES USA     Mb Fin Svcs                                ORIENTAL BANK
BK SERVICING LLC                         36455 Corporate Dr                         PO BOX 1952
ATTY CHERYLE WILLIAMS                    Farmington Hills, MI 48331-3552            HUMACAO, PR  00792
PO BOX 131265
ROSEVILLE MN 55113 0011


Radio/cbna                               Sears/cbna                                 C/O BK SERVICING LLC MERCEDES-BENZ FINANCIAL
PO Box 6497                              PO Box 6282                                ED GEZEL, AGENT
Sioux Falls, SD 57117-6497               Sioux Falls, SD 57117-6282                 PO BOX 131265
                                                                                    ROSEVILLE, MN 55113-0011


MONSITA LECAROZ ARRIBAS                  RAUL GONZALEZ ORTIZ                        ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)           PO BOX 8804                                PO BOX 186
OCHOA BUILDING                           CAGUAS, PR 00726-8804                      CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901                                                                  RJ REYNOLDS TOBACCO CO
                                                                                    PO BOX 363509
                                                                                    SAN JUAN, PR 00936-3509

ROSANNA JOSEFINA DIAZ ROSARIO            WILFREDO SEGARRA MIRANDA                   EDGARDO MANUEL ROMAN ESQ
PO BOX 8804                              PO BOX 9023385                             URB BALDRICH
CAGUAS, PR 00726-8804                    SAN JUAN, PR 00902-3385                    315 COLL & TOSTE
                                                                                    SAN JUAN, PR 00918-2367
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Banco Popular PR - Special Loans

End of Label Matrix
Mailable recipients   28
Bypassed recipients    1
Total                 29